IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Y.,<br><br>    Plaintiff,<br><br>  v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>    Defendants. | Case No. 17-cv-03906-MMC<br><br>**ORDER DENYING DEFENDANTS' JOINT MOTION TO EXTEND TIME TO FILE ANTI-SLAPP MOTION**<br><br>Re: Dkt. No. 59 |

Before the Court is defendants' "Joint Motion to Extend Defendants' Time to File Anti-Slapp Motion Under Cal. CCP Section 425.16(f)," filed April 3, 2018.[1] Having read and considered the motion and supporting declaration, the Court rules as follows.

Any motion filed under § 425.16, "California's anti-SLAPP statute," see Doe v. Gangland Productions, Inc., 730 F.3d 946, 953 (9th Cir. 2013), would be futile, as each of plaintiff's claims arises under federal law and "the anti-SLAPP statute does not apply to federal causes of action." See id. at 955 n.3 (quoting Hilton v. Hallmark Cards, 599 F.3d 894, 901 (9th Cir. 2010)); see also Nunag-Tanedo v. East Baton Rouge Parish School Board, 711 F.3d 1136, 1141 (9th Cir. 2013) (holding "California's anti-SLAPP statute applies only to state law claims").

Accordingly, defendants' motion is hereby DENIED.

**IT IS SO ORDERED.**

Dated: April 5, 2018

                                                MAXINE M. CHESNEY
                                                United States District Judge

---

[1] Defendants were informed that, although plaintiff would not stipulate to the relief sought, he would not oppose the motion. (See Phillips Decl. Ex. A.)