```
D. Gill Sperlein, CA Bar No. 172887
RANDAZZA LEGAL GROUP, PLLC
345 Grove Street, 2nd Floor
San Francisco, CA  94102
Telephone: 702-420-2001
Facsimile: 305-437-7662
ecf@randazza.com

Marc J. Randazza, CA Bar No. 269535
RANDAZZA LEGAL GROUP, PLLC
2764 Lake Sahara Drive, Suite 109
Las Vegas, NV 89117
Telephone: 702-420-2001
ecf@randazza.com
```

*Attorneys for Plaintiff,*
*N.Y.*

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **N.Y.**, through his guardians David and Leilanie Yu,<br><br>Plaintiff,<br><br>vs.<br><br>**SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; RICK SCHMITT** in his personal and official capacities as Superintendent of the San Ramon Valley Unified School District; **DR. JASON REIMANN**, in his personal and official capacities as Director of Education Services of the San Ramon Valley Unified School District; **RUTH STEELE**, in her personal and official capacities as Principal of San Ramon Valley High School; **JASON KROLIKOWSKI**, in his | Case №.: 3:17-CV-03906-MMC<br><br>**DECLARATION OF MARC J. RANDAZZA IN SUPPORT OF MOTION FOR LEAVE TO WITHDRAW AS ATTORNEYS** |

| | |
|---|---|
| personal and official capacities as Principal of San Ramon Valley High School; **JAMIE KEITH** in her personal and official capacities as Assistant Principal of San Ramon Valley High School; **DEARBORN RAMOS** in her personal and official capacities as Assistant Principal of San Ramon Valley High School; **BERNIE PHELAN** in his personal and official capacities as Assistant Principal of San Ramon Valley High School; **JANET WILLFORD**, in her personal and official capacities as Leadership Teacher of San Ramon Valley High School; and **KERRI CHRISTMAN GILBERT** in her personal and official capacities as Resident Substitute Teacher of San Ramon Valley High School, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| Defendants. | ) ) |

I, Marc J. Randazza, declare:

1. I am over the age of 18 years and am fully competent to make this Declaration. The facts set forth in this Declaration are within my personal knowledge and are true and correct to the best of my knowledge and belief.

2. I and D. Gill Sperlein are currently counsel of record for Plaintiff NY.

3. I am the Managing Partner of Randazza Legal Group, PLLC ("RLG").

4. On or about April 29, 2017, RLG entered into a Representation Agreement with Plaintiff. D. Gill Sperlein, who has a partner-level, Of Counsel relationship with RLG was to serve as lead counsel.

5. Mr. Sperlein resides in San Francisco and staffed the firm's San Francisco office.

6. On November 19, 2018, D. Gill Sperlein notified me that he would be taking an indefinite medical leave of absence from RLG, noting that he believes "it is best for the firm and its clients." This leave of absence started December 1, 2018.

7. Mr. Sperlein has been the supervising attorney on this file since its inception. Without Mr. Sperlein, the RLG Firm is unable to provide adequate legal services to the Plaintiff. This matter required Mr. Sperlein's expertise and proximity to the Plaintiffs. Although I am admitted in this Court, I am unable to manage this litigation without Mr. Sperlein as the lead attorney.

8. Given Mr. Sperlein's medical leave, RLG has ceased its operations in San Francisco.

9. Mr. Sperlein and I notified the clients of Mr. Sperlein's pending leave of absence on November 26, 2018. I further informed them that without Mr. Sperlein RLG would have to withdraw.

10. RLG is working with the Yus to identify and has interviewed potential substitute counsel, some of whom have expressed a willingness to take over the case. Mr. Sperlein has made himself available to assist.

11. The Yus have consented to RLG's withdrawal in a signed writing that is attached hereto as **Exhibit A**.

12. Counsel for Defendants have informed RLG that they will not oppose this motion or Plaintiff's request to stay the close of fact discovery for 70 days.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 4, 2018

/s/ Marc J. Randazza

Marc J. Randazza