IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Y., through his guardians David and Leilanie Yu,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03906-MMC<br><br>**ORDER DIRECTING COUNSEL FOR PLAINTIFF TO FILE SUPPLEMENT TO MOTION TO WITHDRAW** |

Before the Court is the motion, filed December 4, 2018, by Marc J. Randazza and D. Gill Sperlein, "to Withdraw as Attorneys." Having read and considered the motion, the Court rules as follows.

Where, as here, a client whose counsel seeks to withdraw is not substituting one attorney for another, an order allowing counsel to withdraw will result in the client's proceeding without counsel. Consequently, the Clerk of Court will need plaintiff's address to serve by mail any subsequently issued court orders. Further, as "a parent or guardian cannot bring an action on behalf of a minor child without retaining a lawyer," see Johns v. County of San Diego, 114 F.3d 874, 876 (9th Cir. 1997) (directing district court to dismiss without prejudice complaint filed by parent on behalf of minor where parent did not have counsel), plaintiff cannot proceed with the instant action unless he is no longer a minor.[1]

---

[1] In a declaration filed in support of the instant motion, counsel for plaintiff states he has "interviewed potential substitute counsel, some of whom have expressed a willingness to take over the case." (See Randazza Decl. ¶ 10.) At present, however, no substitute counsel has appeared.

Accordingly, counsel for plaintiff are hereby DIRECTED to file, no later than December 21, 2018, a declaration stating plaintiff's current address and his present age. As of December 21, 2018, or the date on which such declaration is filed, whichever is earlier, the Court will take the motion to withdraw under submission.

**IT IS SO ORDERED.**

Dated: December 10, 2018

MAXINE M. CHESNEY
United States District Judge