IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| N.Y.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT, et al.,<br><br>　　　　Defendants. | Case No. 17-cv-03906-MMC<br><br>**ORDER GRANTING MOTION BY MARC H. RANDAZZA AND D. GILL SPERLEIN TO WITHDRAW AS COUNSEL FOR PLAINTIFF; EXTENDING DEADLINE TO COMPLETE FACT DISCOVERY; DIRECTIONS TO CLERK; DIRECTIONS TO PARTIES**<br><br>Re: Dkt. No. 98 |

　　Before the Court is the motion, filed December 4, 2018, by Marc J. Randazza and D. Gill Sperlein, "to Withdraw as Attorneys," which motion also seeks an order extending, for seventy days, the deadline to complete fact discovery, in order to afford plaintiff an opportunity to locate new counsel. Plaintiff has consented to the withdrawal (see Randazza Decl. Ex. A); no other response to the motion has been filed.[1]

　　The Court having read and considered the motion, and good cause appearing, the relief requested is hereby GRANTED as follows:

　　1. Marc J. Randazza and D. Gill Sperlein are RELIEVED as counsel as record for plaintiff N.Y. Given the absence of an immediate substitution, plaintiff now proceeds pro se, and, accordingly, the Clerk of Court is DIRECTED to update the docket to indicate plaintiff's address as follows: 317 Montoya Way, Danville, California, 94526.

　　2. Defendants are DIRECTED to continue to electronically file all documents, and

---

[1] Counsel for plaintiff states he has been informed by defendants' counsel that defendants do not oppose the motion. (See id. ¶ 12.)

to serve plaintiff, by mail at the above-stated address, all documents they file.  Plaintiff is DIRECTED to submit all documents for filing in paper form, specifically by mailing or otherwise delivering to the Clerk of Court, at 450 Golden Gate Avenue, 16th Floor, San Francisco CA 94102, both the original and a chambers copy thereof, which copy is to be clearly marked "Chambers Copy."  Additionally, plaintiff is DIRECTED to serve counsel for defendants with a copy of any document he files with the Clerk, and to file proof of such service.  See Civil L.R. 5-5(a).

    2.  The deadline to complete fact discovery is EXTENDED from December 24, 2018, to March 4, 2019.[2]

**IT IS SO ORDERED.**

Dated: December 13, 2018

                                               MAXINE M. CHESNEY
                                               United States District Judge

---

[2] Although the new deadline to complete fact discovery is after the deadline to complete expert discovery, "all parties," according to plaintiff's counsel, "have indicated that they will not use expert witnesses."  (See Pl.'s Mot. at 5:7-8.)