# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| **N.Y.**, through his guardians David and Leilanie Yu, <br><br> Plaintiff, <br><br> vs. <br><br> **SAN RAMON VALLEY UNIFIED SCHOOL DISTRICT; RICK SCHMITT** in his personal and official capacities as Superintendent of the San Ramon Valley Unified School District; **DR. JASON REIMANN**, in his personal and official capacities as Director of Education Services of the San Ramon Valley Unified School District; **RUTH STEELE**, in her personal and official capacities as Principal of San Ramon Valley High School; **JASON KROLIKOWSKI**, in his personal and official capacities as Principal of San Ramon Valley High School; **JAMIE KEITH** in her personal and official capacities as Assistant Principal of San Ramon Valley High School; **DEARBORN RAMOS** in her personal and official capacities as Assistant Principal of San Ramon Valley High School; **BERNIE PHELAN** in his personal and official capacities as Assistant Principal of San Ramon Valley High School; **JANET WILLFORD**, in her personal and official capacities as Leadership Teacher of San Ramon Valley High School; and **KERRI CHRISTMAN GILBERT** in her personal and official capacities as Resident Substitute Teacher of San Ramon Valley High School, <br><br> Defendants. | Case No.: 3:17-CV-03906-MMC <br><br> ~~[PROPOSED]~~ AGREED ORDER OF DISMISSAL |

-1-

## [PROPOSED] AGREED ORDER OF DISMISSAL

1. Pursuant to the Parties' February 20, 2020 settlement agreement and Joint Motion for Stipulated Dismissal, all causes of action against Defendant Willford set forth in the Fifth Amended Complaint are hereby dismissed with prejudice.

2. This Court ~~shall retain jurisdiction for purposes of enforcement of the settlement agreement.~~ declines to retain jurisdiction over the settlement agreement, given the numerous separate obligations set forth in the five numbered paragraphs constituting the "Non-Monetary Terms" section and the lack of a termination date for the vast majority of those obligations.

Dated: April 16, 2020

*Maxine M. Chesney*
Maxine M. Chesney
UNITED STATES DISTRICT JUDGE

-2-